UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

**ESTELLE GRIMES, Individually and as Administrator for the Estate of Thomas Grimes, and Individual Heirs of the Estate of Thomas Grimes,**

　　　　**Plaintiff,**

　　v.

**AT&T CORP., et al.,**
　　　　**Defendants.**

Civ. No. 15-8466 (KM) (MAH)

**ORDER**

---

Subject matter jurisdiction in this removed case having been based solely upon 28 USC § 1442 in light of the asserted government contractor defense of defendant Crane Company ("Crane"), (*see* ECF No. 1); and the plaintiff having failed to respond to Crane's motion for summary judgment (ECF No. 190) and consented to entry of judgment in Crane's favor (ECF No. 239); and no other basis for subject matter jurisdiction appearing in the record, and the Court having considered the supplemental jurisdiction factors of 28 USC § 1367; and the Court having considered its jurisdiction *sua sponte*; for the reasons set forth in the accompanying Opinion, and for good cause shown:

IT IS this 17th day of August, 2018,

ORDERED that this action shall be remanded to the Superior Court of New Jersey, Middlesex County; and it is further

ORDERED that the Clerk of the Court shall CLOSE the file and terminate all pending motions including, but not limited to, the following motions for summary judgment: 1) AT&T's motion for summary judgment (ECF No. 184); 2) Bayonne Plumbing's motion for summary judgment (ECF No. 185);

1

3) Koenig's motion for summary judgment (ECF No. 187); and 4) Mooney's motion for summary judgment (ECF No. 188).

*Kevin McNulty*

Hon. Kevin McNulty
United States District Judge