## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

THOMAS GRIMES, et al.

        Plaintiff,

v.              Case No.: 2:15–cv–08466–KM–MAH
                Judge Kevin McNulty

AT&T, et al.

        Defendant.


Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–006430–15

**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                William T. Walsh, Clerk
                By Deputy Clerk, cm

encl.
cc: All Counsel